# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

ROGER McCARTY

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

Wexford Health Sources
(HCUA) Phillip Martin
Warden Chad Jennings
Nurse S. Iknayan

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 24-1378-SPM

*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I. JURISDICTION

Plaintiff: ROGER McCARTY

A. Plaintiff's mailing address, register number, and present place of confinement.

13423 E. 1150th Ave.
Robinson, Il. 62454     | #K99232

**Defendant #1:**

B. Defendant Wexford Health Sources is employed as
(a)     (Name of First Defendant)

Healthcare Provider
(b)     (Position/Title)

with Illinois Department of Corrections
(c)     (Employer's Name and Address)

13423 E. 1150th Ave., Robinson, Il. 62454,

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If your answer is YES, briefly explain:

Wexford Health Sources is contracted by the State of
Il. to provide healthcare for Robinson Corr. Center.

**Defendant #2:**

C.  Defendant __Phillip Martin__ is employed as

(Name of Second Defendant)

__Health Care Unit Administrator__

(Position/Title)

with __Robinson Corr. Center__

(Employer's Name and Address)

__13423 E. 1150th Ave. Robinson, Il. 62454__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If you answer is YES, briefly explain:

State (I.D.O.C.)

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

(Warden) Chad Jennings

Warden (Cheif Administrator)

Robinson Corr. Center

13423 E. 1150th Ave.

Robinson, Il. 62454

(Nurse) S. Iknayan

Nurse with Health Care Unit

Robinson Corr. Center

13423 E. 1150th Ave.

Robinson, Il. 62454

## II. PREVIOUS LAWSUITS

A.     Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.     If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.     Parties to previous lawsuits:
Plaintiff(s): ROGER M<u>c</u>CARTY

Defendant(s): BEVERly HARbold
DAN HARbold

2.     Court (if federal court, name of the district; if state court, name of the county): ClAy CouNTy, Il.

3.     Docket number: 2023-SC-5

4.     Name of Judge to whom case was assigned: JoEl PowlESS

5.     Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights

6.     Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?): Still pending awaiting first appearence.

7.     Approximate date of filing lawsuit: MARch 6, 2023

8. Approximate date of disposition: Pending

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

No

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take?

   I have filed 4 grievances against the Health Care Unit at Robinson C.C.

   2. What was the result?

   First 3 grievances denied at all 3 levels - 4th grievance pending at 3rd level.

D. If your answer is NO, explain why not.

   N/A

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

   N/A

F. If your answer is YES,
   1. What steps did you take?

   N/A

   2. What was the result?

   N/A

G. If your answer is NO, explain why not.

N/A

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

N/A

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

(1) Upon arriving at Robinson Corr. Center on 12-5-22, I complained of the symptoms of high blood pressure, it was $167/83$ at that time. I was recieving B/P meds which I take religiously in fear of having another stroke.

(2) On 1-18-23 I went to the H.C.U., my B/P was $155/93$. When questioned, I assured the nurse I had taken my meds as usual that morning. Instead of the nurse addressing my B/P issue, she put in her report that I hadn't taken my meds & sent me back to the housing unit.

(3) On 6-22-23 I fell completely out from dizzyness & blurred vision when my B/P peaked & C/O McGuire had me picked up & taken to the H.C.U. & I explained to nurse S. Iknayan that my B/P was peaking because I was familiar with the symptoms from my previous stroke. The nurse took my B/P manually so I couldn't see it & told me my B/P was "perfect $140/70$" when my B/P has NEVER been perfect since my stroke. She gave me a 200mg Ibuprofen which only made my symptoms worse & sent me back to the housing unit where I suffered the rest of the day in bed with head ache, dizzyness & blurred vision & in fear I was having another stroke. Nurse S. Iknayan then wrote a report claiming that I "became dizzy for a few seconds" & that I was "suffering from the loss of my wife & feeling regret & was overwhelmed" & turned it

(CONTINUED ON ADDITIONAL PAGE)

over to Mental Health. I was seen by SHARON HELREGEL, LCSW, of the Mental Health Department & her report as well as the incident report written by C/O McGUIRE shows that the claims by nurse S. IKNAYAN were false.

(4.) On 7-18-23 I had another issue & a "Code 3" was called & I was taken to the H.C.U., my B/P was $\frac{185}{71}$, I was given an 81 mg aspirin & a Motrin & the record says my B/P dropped to $\frac{101}{60}$, which I believe is impossible, & I was sent back to the housing unit.

(5.) On 11-6-23, DR. BECKER discovered that I have blockage in the artery on the left side of my neck. DR. BECKER ordered me to take an 81 mg aspirin daily & to have a sons-gram test on my neck. Medical records show that DR. BECKER also ordered my B/P to be monitored 2x per week starting one week after 11-6-23. There was also an order that beginning on 1-24-24, I was to have my B/P monitored once a week for 4 weeks then once every month after but the H.C.U. failed to follow either order.

(6.) Wexford Health Sources & the Nurse Sick Call procedure is against normal policy as we are required to go to Nurse Sick Call three (3) times before being able to see a Doctor. Each sick call takes 2-3 weeks & after we have completed the procedure we are told there is no Doctor or Nurse Practitioner because Wexford has failed to supply either to Robinson H.C.U. Robinson Corr. Center has been without an M.D. or Nurse Practitioner for the majority of the 17 months I have been held here.

(7.) I suffer daily from head aches, dizzyness, blurred vision, seeing stars, & being red-faced due to my high B/P. I live in constant fear of having yet another stroke because my health care needs are being ignored despite numerous grievances that are always denied. I have exhausted all my Administrative remedys concerning this issue & have recieved no relief.

8. Wexford Health Sources & its employees ineffective treatment constitutes "delay of care", "deliberate indifference", & "cruel & unusual punishment", & is a violation of my 8th Amendment rights. Wexfords policy is unconstitutional in that it deprives the right to adequate health care & that policy is implemented by Wexford as a cost reduction tactic.

9. Phillip Martin is the H.C.U.A. for Robinson Corr. Center & despite the numerous grievances about my B/P issues, Martin claims there have been no complaints made by me concerning my B/P issues since 7/2023.

10. Warden Chad Jennings is fully aware of the complaints & is fully aware that I am not recieving any relief from Wexford & its employees as Warden Jennings signs the grievances. He has taken no action towards remedy.

11. It is no fault of mine that Wexford Health Sources has failed to uphold its obligation to supply an M.D. or Nurse Practitioner for Robinson H.C.U. or that the H.C.U. has failed to follow written orders.

12. As of 4-2-24, my last B/P reading was on 11-6-23 ($\frac{164}{80}$), the one & only time I actually seen an M.D. in the 17 months I have been held here at Robinson Corr. Center, despite the two seperate orders for my B/P to have been monitored, all grievances & medical records support my claims.

## V.  REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

1. To Recieve proper and adequate treatment.
2. $250,000.00 in compesatory damages.
3. $250,000.00 in punative damages.
4. Any other relief this court deems appropriate.

## VI.  JURY DEMAND (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  5-23-24
(date)

13423 E. 1150th Ave.
Street Address

Robinson, Il. 62454
City, State, Zip

Roger McCarty
Signature of Plaintiff

Roger McCarty
Printed Name

K99232
Prisoner Register Number

N/A
Signature of Attorney (if any)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading. to the U.S. District Court for the Southern District of Illinois for review and filing.

M<u>c</u>CARTY, ROGER          K99232
Name                        ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?          (Yes) or No

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?          Yes or (No)

    If yes, please list case number:  _____

    If yes, but you do not know the case number, mark here:  _____

3.  Should this document be filed in a pending case?          Yes or (No)

    If yes, please list case number:  _____

    If yes, but you do not know the case number, mark here:  _____

4.  Please list the total number of pages being transmitted:          ~~⬛~~ 17

5.  If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Complaint | 9 |
| Motion For Counsel | 2 |
| Motion For Waiver of Fees | 7 |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.