**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

_____
*Plaintiff*

v.

_____
*Defendant(s)*

Case
Number: _____

## Notice Regarding Magistrate Judge Jurisdiction
## and Consent/Non-Consent Form

Each party to the above-captioned civil matter <u>shall</u> select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

☐    The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐    The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

_____
*Printed Name of Party*          *Signature of Party or Attorney*          *Date*

_____

_____

_____

Submitted By: _____          Dated: _____

**Note:   Corporations may execute this election only by counsel.**