UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

ROGER McCARTY,                                )
(K99232),                                     )
                          Plaintiff,          )
                                              )
            v.                                )          No. 24-CV-1378-RJD
                                              )
WEXFORD HEALTH SOURCES, *et al*.              )
                                              )
                          Defendants.         )

### ANSWER, JURY DEMAND AND AFFIRMATIVE DEFENSES

NOW COME the Defendants, SHEILA IKNAYAN, RN, AND WEXFORD HEALTH SOURCES, INC. by their attorney DOUGLASS R. BITNER of STOLL KEENON OGDEN PLLC, and for their and for their Answer, Jury Demand and Affirmative Defenses in Response to Plaintiff's Complaint [D/N 1], and pursuant to the Court's Merit Review Order of November 7, 2024 [D/N 14], and pursuant to Local Rule FDIL-LR 8.2, states as follows:

### STATEMENT OF CLAIMS

In the Merit Review Order, this Court designated the following counts to Plaintiff's complaint:

1) Eighth Amendment deliberate indifference claim against Defendant Iknayan for the handling of Plaintiff's blood pressure spike on June 22, 2023.

   **ANSWER:** Defendant Iknayan admits that during times relevant to Plaintiff's complaint she was employed by Wexford Health Sources, Inc. as a nurse as the Robinson Correctional Center. Defendant Iknayan denies that she was deliberately indifferent to any of Plaintiff's medical needs, denies that she was deliberately indifferent to any high blood pressure on June 22, 2023, and denies any allegations of wrongdoing whatsoever.

1

2) Eighth Amendment deliberate indifference claim against Defendants Martin and Jennings.

**ANSWER:** The contents of this claim are not directed towards any undersigned defendant. To the extent any response is required, Plaintiff's claims are denied.

3) *Monell* claim against Wexford for employing a sick call process that needlessly delays appointments and for failing to staff the Robinson Healthcare Unit with a doctor or nurse practitioner, which further inhibits access to care, as measures to cut costs.

**ANSWER:** Defendant Wexford Health Sources, Inc admits that during times relevant to Plaintiff's complaint that it employed medical staff and provided medical services at a number of IDOC facilities, including the Robinson Correctional Center. Defendant Wexford denies that it was deliberately indifferent to any of Plaintiff's medical needs. Defendant Wexford denies that it maintained any unconstitutional policy at the Robinson Correctional Center. Defendant Wexford denies any allegations of improper policies as contained in claim three, and further denies any allegations of wrongdoing whatsoever.

## RELIEF REQUESTED

Defendants deny Plaintiff is entitled to any relief whatsoever, and further deny Plaintiff is entitled to any relief as requested in his Complaint.

## GENERAL DENIAL

To the extent not specifically addressed above, defendants deny all allegations or inferences of wrongdoing as stated in Plaintiff's complaint. [D/N 1]

## JURY DEMAND

Defendants demand trial by jury.

**AFFIRMATIVE DEFENSES**

1.  The Defendants' duties were limited to those that were delegated to them or that they voluntarily undertook.

2.  The Defendants are protected by the doctrine of qualified immunity because, at all times relevant herein, the Defendants' actions were taken in good faith, or not prohibited by a clearly established law, and were within the realm of reasonable responses to the circumstances with which they were confronted.

3.  The proximate cause of the Plaintiff's injuries/damages, in whole or in part, was a result of the Plaintiff's own conduct and failure to mitigate damages by exercising ordinary care.

4.  The Plaintiff failed to exhaust his administrative remedies, which are available to him through the prison grievance procedure, his claims are barred by 42 USC §1997e(a).

5.  Plaintiff's claims are barred and/or limited to the extent Plaintiff's damages, if any, resulted from his own actions or failure to mitigate damages.

6.  At all times relevant herein, the defendants acted in good faith in the performance of their duties without violating Plaintiff's established statutory or constitutional rights.

WHEREFORE, the Defendants, Sheila Iknayan, RN and Wexford Health Sources, Inc., respectfully request this Court enter judgment in their favor and against Plaintiff, plus costs of suit and attorney fees and expenses to the extent allowable under the law.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

*/s/ Douglass R. Bitner*
Douglass R. Bitner, Attorney No. 6305492
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue

Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
Doug.Bitner@skofirm.com
*Counsel for Defendants Sheila Iknayan and*
*Wexford Health Sources, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on **December 6, 2024**, a copy of the foregoing *Answer, Jury Demand and Affirmative Defenses* was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Not yet

I certify a copy of the foregoing was sent via U.S. First Class Mail to the following person(s):

Roger McCarty (K99232)
**VIENNA CORRECTIONAL CENTER**
Inmate Mail/Parcels
6695 State Route 146 East
Vienna, IL 62995
*PRO SE*

*/s/ Douglass R. Bitner*
Douglass R. Bitner